No. 02–1432. HEIMMERMANN ET AL. *v.* FIRST UNION MORT-GAGE CORP.; and HIRSCH ET AL. *v.* BANKAMERICA CORP. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–10383. MASON *v.* NORWEST BANK, N. A., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–10373. WALTON *v.* SCHWARTZ, WARDEN. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.